RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2018
#### Chapter 13 Case # 18-31092

| Re: | EFREN O. REYES | Atty: | RUSSELL L LOW ESQ |
|---|---|---|---|
| | LOLITA N. REYES | | LOW & LOW ESQS |
| | 84 RUTHERFORD PLACE | | 505 MAIN STREET, SUITE 304 |
| | NORTH ARLINGTON, NJ  07031 | | HACKENSACK, NJ  07601 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $18,000.00**

## RECEIPTS AS OF 12/31/2018   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/05/2018 | $500.00 | 948775904 | 12/12/2018 | $500.00 | 24817165918 |

**Total Receipts: $1,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,000.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2018   (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 57.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 943.00 | 2,807.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | US DEPARTMENT OF EDUCATION | UNSECURED | 36,916.76 | * | 0.00 | |
| 0003 | UNITED STATES TREASURY/IRS | SECURED | 26,099.38 | 100.00% | 0.00 | |
| 0004 | RUSHMORE LOAN MANAGEMENT SERVI | MORTGAGE ARRE | 81,253.42 | 100.00% | 0.00 | |
| 0005 | SENEX SERVICES CORP | UNSECURED | 0.00 | * | 0.00 | |
| 0007 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0009 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0018 | UNITED STATES TREASURY/IRS | UNSECURED | 6,072.34 | * | 0.00 | |
| 0019 | CACH LLC | UNSECURED | 10,990.36 | * | 0.00 | |
| 0020 | VERIZON | UNSECURED | 354.31 | * | 0.00 | |

Total Paid: $1,000.00
See Summary

**Chapter 13 Case # 18-31092**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2019.

Receipts: $1,000.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $1,000.00    =    Funds on Hand: $0.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.