# *LOW & LOW ATTORNEYS AT LAW, LLC*

*505 Main Street, Suite 304*                 *Tel: (201) 343-4040*
*Hackensack, New Jersey 07601*            *Fax: (201)-488-5788*

**STANLEY W. LOW**                                              **RUSSELL L. LOW**

February 26, 2019

Honorable Vincent F. Papalia
50 Walnut Street
Newark, NJ 07102

Re:  Case No. 18-31092, Efren O. Reyes and Lolita N. Reyes

Your Honor,

Please withdraw Docket No. 22, Withdrawal of Document (related document:[20] Motion for Relief From Stay . I apologize for any inconvenience this may have caused.


Thank you,

/s/ Russell L. Low

**Russell L. Low, Esq.**