**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

EFREN O. REYES
LOLITA N. REYES

**Case No.:  18-31092**

**Adv. No.:**

**Hearing Date:**

**Judge:  SLM**

### CERTIFICATION OF SERVICE

1.  I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2.  On, 09/12/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3.  I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
EFREN O. REYES
LOLITA N. REYES
84 RUTHERFORD PLACE
NORTH ARLINGTON, NJ  07031
Mode of Service:  Regular Mail

Attorney for Debtor(s):
RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  September 12, 2019

By:   /S/  Jessica Antoine
_____
Jessica Antoine