UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. RLL-4745
LOW & LOW, ESQS.
505 Main Street - Suite 304
Hackensack, New Jersey 07601
(201) 343-4040
Attorneys for Debtor(s)

**Order Filed on September 27, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Efren O. Reyes
Lolita N. Reyes

Case No.: 18-31092

Chapter: 13

Judge: SLM

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: September 27, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

After review of the application of _____Russell L. Low on behalf of debtor_____ for the reduction of time for a hearing on __Motion to Sell Property_____

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____October 16, 2019_____ at _10:00 AM_ in the United States Bankruptcy Court, _____50 Walnut Street, 3rd Floor Newark, N.J. 07102_____, Courtroom No. ___3A___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:
 Debtor's Realtor, Real Estate Attorney, Short Sale Negotiator, Buyer's Real Estate Attorney,

 Chapter 13 Standing Trustee, all creditors, and any party having filed a Notice of Appearance

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☒ regular mail,  ☐ email,  ☒ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within ___3___ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☒ must be filed with the Court and served on all parties in interest by electronic or overnight mail ____7____ day(s) prior to the scheduled hearing; ~~or~~ and any replies, if any, shall be filed by October 11, 2019 at 4pm.

    ☐ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/~~application and any objections~~.

    ☐ ˅Parties may request to appear by phone ˅by contacting Chambers prior to the return date.
      Objecting                 or may request to be heard on the papers

*rev.2/1/16*

3