RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

**FILED**
JEANNE A. NAUGHTON, CLERK
OCT 16 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| | | |
|---|---|---|
| IN RE: | : | THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Efren O. Reyes<br>Lolita N. Reyes | : | CHAPTER 13 |
| | : | Case No. 18-31092 |
| Debtor | : | The Honorable: Stacey L. Meisel |
| | : | Hearing Date: TBD |

## ORDER AUTHORIZING SALE OF REAL PROPERTY

Recommended Local Form:    ☐ Followed    ☐ Modified

The relief set forth on the following pages number two (2) to page two (2) is hereby

**ORDERED.**

10/16/19

*Stacey L. Meisel*

After review of the Debtor's motion for authorization to sell the real property commonly known as: 84 Rutherford Place North Arlington, NJ 07031 (the Real Property).

IT IS hereby ORDERED as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. § § 363 (b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. The fees for professionals, Maggie Abdo-Manno, Daniel Barli, and Paul Kim will be held in a trust ~~until the Orders Authorizing Retention are entered~~ Pending further Orders of by the Court.

4. The fee for the debtor's bankruptcy attorney, Russell L. Low, Esq. will be held in a trust until an Order Granting Application For Compensation is entered by the Court

Name of professional:

| Name of Professional | Amount to be paid | Services Rendered |
|---|---|---|
| Maggie Abdo-Manno | 4% commission + $275.00 | Debtor's Realtor |
| Daniel Barli, Esq. | $1,500.00 | Debtor's Real Estate Attorney |
| Paul Kim | $2,800.00 | Debtor's Short Sale Negotiator |
| Russell L. Low, Esq. | $3,500.00 | Debtor's Bankruptcy Attorney |

AND Remaining sufficient funds may be held in escrow by the Buyer's attorney to pay real estate broker's commissions, seller's attorney fees upon further order of this court, or state court.

5. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and

adjustments to the price as provided for in the contract of sale may be made at closing.

6. A copy of the closing disclosure must be forwarded to the Chapter 13 Trustee 7 days after closing.

7. The 14 day stay under Bankruptcy Rule 6004(h) is hereby waived.