**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtor**

FILED
JEANNE A. NAUGHTON, CLERK
OCT 16 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

| | | |
|---|---|---|
| IN RE: | : | THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| Efren O. Reyes<br>Lolita N. Reyes | : | CHAPTER 13 |
| | : | Case No. 18-31092 |
| Debtor | : | The Honorable: Stacey L. Meisel |
| | : | Hearing Date: TBD |

## ORDER AUTHORIZING
## SALE OF REAL PROPERTY

Recommended Local Form:   ☐ Followed        ☐ Modified

The relief set forth on the following pages number two (2) to page two (2) is hereby

**ORDERED.**

10/16/19

Stacey L. Meisel

After review of the Debtor's motion for authorization to sell the real property commonly known as: 84 Rutherford Place North Arlington, NJ 07031 (the Real Property).

IT IS hereby ORDERED as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. § § 363 (b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. The fees for professionals, Maggie Abdo-Manno, Daniel Barli, and Paul Kim will be held in a trust Pending further Orders of the Court.

4. The fee for the debtor's bankruptcy attorney, Russell L. Low, Esq. will be held in a trust until an Order Granting Application For Compensation is entered by the Court

Name of professional:

| Name of Professional | Amount to be paid | Services Rendered |
|---|---|---|
| Maggie Abdo-Manno | 4% commission + $275.00 | Debtor's Realtor |
| Daniel Barli, Esq. | $1,500.00 | Debtor's Real Estate Attorney |
| Paul Kim | $2,800.00 | Debtor's Short Sale Negotiator |
| Russell L. Low, Esq. | $3,500.00 | Debtor's Bankruptcy Attorney |

AND Remaining sufficient funds may be held in escrow by the Buyer's attorney to pay real estate broker's commissions, seller's attorney fees upon further order of this court, or state court.

5. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and

adjustments to the price as provided for in the contract of sale may be made at closing.

6. A copy of the closing disclosure must be forwarded to the Chapter 13 Trustee 7 days after closing.

7. The 14 day stay under Bankruptcy Rule 6004(h) is hereby waived.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-31092-SLM
Efren O. Reyes                                                      Chapter 13
Lolita N. Reyes
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Oct 16, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2019.
db/jdb         #+Efren O. Reyes,    Lolita N. Reyes,    84 Rutherford Place,    North Arlington, NJ 07031-6304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation, as servicer for U.S. Bank
               Trust National Association as Trustee of the Chalet Series IV Trust
               bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Joint Debtor Lolita N. Reyes rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Efren O. Reyes rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7