UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

RUSSELL LOW, ESQ. RLL-4745
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtors

**Order Filed on November 25, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Efren O. Reyes and Lolita N. Reyes

Case No.: 18-31092

Chapter: 13

Judge: SLM

## ORDER AUTHORIZING RETENTION OF

Daniel Barli, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: November 25, 2019**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Daniel Barli, Esq._____

as _____debtor's real estate attorney_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  Daniel Barli, Esq.
   Barli & Associates, LLC
   600 Getty Avenue, Suite 304, Clifton, NJ 07011

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*