| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | |
| IN RE:<br><br>EFREN O. REYES<br>LOLITA N. REYES | Case No.: 18-31092<br><br>Adv. No.:<br><br>Hearing Date:  01/22/2020<br><br>Judge:  SLM |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 12/05/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
EFREN O. REYES
LOLITA N. REYES
601 RIVERSIDE AVENUE, UNIT 432
LYNDHURST, NJ  07071
Mode of Service:  Regular Mail

---

Attorney for Debtor(s):
RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601
Mode of Service:  Regular Mail

---

Dated:  December 05, 2019

By:  /S/ Jessica Antoine
     Jessica Antoine