RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 18-31092

| Re: | EFREN O. REYES | Atty: | RUSSELL L LOW ESQ |
|---|---|---|---|
|  | LOLITA N. REYES |  | LOW & LOW ESQS |
|  | 601 RIVERSIDE AVENUE, UNIT 432 |  | 505 MAIN STREET, SUITE 304 |
|  | LYNDHURST,  NJ  07071 |  | HACKENSACK, NJ  07601 |

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $18,000.00**

## RECEIPTS AS OF 01/15/2020    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/05/2018 | $500.00 | 948775904 | 12/12/2018 | $500.00 | 24817165918 |
| 01/25/2019 | $500.00 | 24817185325 | 02/07/2019 | $500.00 | 25695352664 |
| 03/13/2019 | $500.00 | 17872379856 | 04/09/2019 | $500.00 | 25695368853 |
| 05/07/2019 | $500.00 | 25695378090 | 06/05/2019 | $500.00 | 17965846915 |
| 07/09/2019 | $500.00 | 25695386796 | 08/06/2019 | $500.00 | 25695398586 |
| 09/05/2019 | $500.00 | 26207378425 | 10/08/2019 | $500.00 | 26207385570 |
| 11/07/2019 | $500.00 | 26207393534 | 12/09/2019 | $500.00 | 26207396886 |

**Total Receipts: $7,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $7,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020    (Please Read Across)

| Claimant Name | Date | Amount | Check # |  | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| RUSHMORE LOAN MANAGEMENT SERVICES | | | | | | | |
|  | 07/15/2019 | $29.52 | 829,877 | | | | |
| UNITED STATES TREASURY/IRS | | | | | | | |
|  | 07/15/2019 | $9.48 | 8,001,153 | | 08/19/2019 | $116.70 | 8,001,194 |
|  | 09/16/2019 | $116.70 | 8,001,237 | | 10/21/2019 | $119.74 | 8,001,281 |
|  | 11/18/2019 | $846.76 | 8,001,323 | | 01/13/2020 | $148.00 | 8,001,404 |
| US BANK TRUST NATIONAL ASSOC | | | | | | | |
|  | 08/19/2019 | $363.30 | 830,550 | | 09/16/2019 | $363.30 | 832,640 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 336.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 4,550.00 | 100.00% | 4,550.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CHASE CARD | UNSECURED | 0.00 | * | 0.00 | |
| 0002 | US DEPARTMENT OF EDUCATION | UNSECURED | 36,916.76 | * | 0.00 | |
| 0003 | UNITED STATES TREASURY/IRS | SECURED | 26,099.38 | 100.00% | 1,357.38 | |
| 0004 | US BANK TRUST NATIONAL ASSOC | MORTGAGE ARRE | 756.12 | 100.00% | 756.12 | |
| 0005 | SENEX SERVICES CORP | UNSECURED | 0.00 | * | 0.00 | |

**Chapter 13 Case # 18-31092**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0007 | THD/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0008 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0009 | TOYOTA MOTOR CREDIT CORPORATION | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0018 | UNITED STATES TREASURY/IRS | UNSECURED | 6,072.34 | * | 0.00 | |
| 0019 | CACH LLC | UNSECURED | 10,990.36 | * | 0.00 | |
| 0020 | VERIZON | UNSECURED | 354.31 | * | 0.00 | |
| 0021 | STATE OF NJ | UNSECURED | 600.02 | * | 0.00 | |

**Total Paid: $7,000.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $7,000.00    -    Paid to Claims: $2,113.50    -    Admin Costs Paid: $4,886.50    =    Funds on Hand: $0.00

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.