Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−31092−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Efren O. Reyes
601 Riverside Avenue, Unit 432
Lyndhurst, NJ 07071

Lolita N. Reyes
601 Riverside Avenue, Unit 432
Lyndhurst, NJ 07071

Social Security No.:
xxx−xx−1639                                                 xxx−xx−2406

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on November 29, 2018.

On 03/03/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date: April 8, 2020
Time: 08:30 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 4, 2020
JAN: sjp

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey

In re:                                                              Case No. 18-31092-SLM
Efren O. Reyes                                                      Chapter 13
Lolita N. Reyes
         Debtors
                                    CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 2              Date Rcvd: Mar 04, 2020
                               Form ID: 185                 Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2020.
db/jdb         +Efren O. Reyes,    Lolita N. Reyes,    601 Riverside Avenue, Unit 432,    Lyndhurst, NJ 07071-3098
aty            +Daniel Barli,    Barli & Associates, LLC,    600 Getty Avenue, Ste. 304,    Clifton, NJ 07011-2161
r              +Maggie Abdo-Manno,    Century 21 Semiao and Associates,    761 Ridge Road,
                 Lyndhurst, NJ 07071-3215
r              +Paul Kim,   Segis Group,   319 Queen Ann Road,    Suite 2A,    Teaneck, NJ 07666-3241
cr             +SN Servicing Corporation, as servicer for U.S. Ban,    c/o Friedman Vartolo,
                 1325 Franklin Avenue, Suite 230,    Garden City, NY 11530-1631
517830742      +RUSHMORE LOAN MGMT SER,    POB 52708,   IRVINE, CA 92619-2708
518313094     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   STATE OF NEW JERSEY,    DEPARTMENT OF THE TREASURY,
                 DIVISION OF TAXATION,    P.O. BOX 245,   TRENTON, NJ 08695-0245)
517830744      +Stern Lavinthal & Frankenberg, LLC,    105 Eisenhower Parkway, Suite 302,
                 Roseland, NJ 07068-1640
517830745      +THD/CBNA,    PO BOX 6497,   SIOUX FALLS, SD 57117-6497
517830746      +TOYOTA MOTOR CREDIT,    PO BOX 9786,   CEDAR RAPIDS, IA 52409-0004
517947603      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517917843      +Toyota Motor Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 04 2020 23:39:16      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 04 2020 23:39:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517909175       E-mail/PDF: resurgentbknotifications@resurgent.com Mar 04 2020 23:40:36      CACH, LLC,
                 c/o Resurgent Capital Services,    P O Box 10587,   Greenville, SC 29603-0587
517830733      +E-mail/Text: electronicbkydocs@nelnet.net Mar 04 2020 23:39:17      DEPT OF EDUCATION/NELN,
                 121 S 13TH ST,    LINCOLN, NE 68508-1904
517830734       E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 04 2020 23:38:52      Internal Revenue Services,
                 Special Processing Branch,    PO Box 724,   Springfield, NJ 07081
517830732       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 04 2020 23:40:22      CHASE CARD,
                 PO BOX 15298,    WILMINGTON, DE 19850
517830743       E-mail/Text: bankruptcy@senexco.com Mar 04 2020 23:38:24      SENEX SERVICES CORP,
                 333 FOUNDS RD,    INDIANAPOLIS, IN 46268
517832298      +E-mail/PDF: gecsedi@recoverycorp.com Mar 04 2020 23:40:50      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518395168      +E-mail/Text: bknotices@snsc.com Mar 04 2020 23:39:57
                 U.S. Bank Trust National Association as,    Trustee of the Chalet Series IV Trust,
                 c/o SN Servicing Corporation,    323 Fifth Street,   Eureka, CA 95501-0305
518395169      +E-mail/Text: bknotices@snsc.com Mar 04 2020 23:39:57
                 U.S. Bank Trust National Association as,    Trustee of the Chalet Series IV Trust,
                 c/o SN Servicing Corporation,    323 Fifth Street,   Eureka, CA 95501,
                 U.S. Bank Trust National Association as 95501-0305
517858143      +E-mail/Text: electronicbkydocs@nelnet.net Mar 04 2020 23:39:17
                 U.S. Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
517935440      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 04 2020 23:41:48      Verizon,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517943465      Rushmore Loan Management Services, as servicer for
517830735*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    Special Processing Branch,    PO Box 724,
                 Springfield, NJ 07081)
517830736*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    Special Processing Branch,    PO Box 724,
                 Springfield, NJ 07081)
517830737*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    Special Processing Branch,    PO Box 724,
                 Springfield, NJ 07081)
517830738*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    Special Processing Branch,    PO Box 724,
                 Springfield, NJ 07081)
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 04, 2020
                              Form ID: 185             Total Noticed: 24


             ***** BYPASSED RECIPIENTS (continued) *****
517830739*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    Special Processing Branch,    PO Box 724,
                 Springfield, NJ 07081)
517830740*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    Special Processing Branch,    PO Box 724,
                 Springfield, NJ 07081)
517830741*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Services,    Special Processing Branch,    PO Box 724,
                 Springfield, NJ 07081)
517830747*      +TOYOTA MOTOR CREDIT CO,    PO BOX 9786,    CEDAR RAPIDS, IA 52409-0004
                                                                                             TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation, as servicer for U.S. Bank
               Trust National Association as Trustee of the Chalet Series IV Trust
               bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Joint Debtor Lolita N. Reyes ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Efren O. Reyes ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7
```