Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−31092−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Efren O. Reyes
601 Riverside Avenue, Unit 432
Lyndhurst, NJ 07071

Lolita N. Reyes
601 Riverside Avenue, Unit 432
Lyndhurst, NJ 07071

Social Security No.:
xxx−xx−1639

xxx−xx−2406

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    was entered on .

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 15, 2020
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-31092-SLM
Efren O. Reyes                                                            Chapter 13
Lolita N. Reyes
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: May 15, 2020
                              Form ID: 148             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2020.
```
db/jdb     +Efren O. Reyes,   Lolita N. Reyes,   601 Riverside Avenue, Unit 432,   Lyndhurst, NJ 07071-3098
aty        +Daniel Barli,   Barli & Associates, LLC,   600 Getty Avenue, Ste. 304,   Clifton, NJ 07011-2161
r          +Maggie Abdo-Manno,   Century 21 Semiao and Associates,   761 Ridge Road,
             Lyndhurst, NJ 07071-3273
r          +Paul Kim,   Segis Group,   319 Queen Ann Road,   Suite 2A,   Teaneck, NJ 07666-3241
cr         +SN Servicing Corporation, as servicer for U.S. Ban,   c/o Friedman Vartolo,
             1325 Franklin Avenue, Suite 230,   Garden City, NY 11530-1631
517830742  +RUSHMORE LOAN MGMT SER,   POB 52708,   IRVINE, CA 92619-2708
518313094  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
            (address filed with court: STATE OF NEW JERSEY,   DEPARTMENT OF THE TREASURY,
             DIVISION OF TAXATION,   P.O. BOX 245,   TRENTON, NJ 08695-0245)
517830744  +Stern Lavinthal & Frankenberg, LLC,   105 Eisenhower Parkway, Suite 302,
             Roseland, NJ 07068-1640
517947603  +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
             Addison, Texas 75001-9013
517917843  +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 15 2020 22:52:00     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2020 22:51:58    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517909175   E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2020 22:57:41    CACH, LLC,
             c/o Resurgent Capital Services,   P O Box 10587,   Greenville, SC 29603-0587
517830733  +E-mail/Text: electronicbkydocs@nelnet.net May 15 2020 22:52:01     DEPT OF EDUCATION/NELN,
             121 S 13TH ST,   LINCOLN, NE 68508-1904
517830734   EDI: IRS.COM May 16 2020 02:13:00     Internal Revenue Services,   Special Processing Branch,
             PO Box 724,   Springfield, NJ 07081
517830732   EDI: JPMORGANCHASE May 16 2020 02:13:00     CHASE CARD,   PO BOX 15298,   WILMINGTON, DE 19850
517830743   E-mail/Text: bankruptcy@senexco.com May 15 2020 22:50:34     SENEX SERVICES CORP,
             333 FOUNDS RD,   INDIANAPOLIS, IN 46268
517832298  +EDI: RMSC.COM May 16 2020 02:13:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
             PO Box 41021,   Norfolk, VA 23541-1021
517830745  +EDI: CITICORP.COM May 16 2020 02:13:00     THD/CBNA,   PO BOX 6497,
             SIOUX FALLS, SD 57117-6497
517830746  +EDI: TFSR.COM May 16 2020 02:13:00     TOYOTA MOTOR CREDIT,   PO BOX 9786,
             CEDAR RAPIDS, IA 52409-0004
518395168  +E-mail/Text: bknotices@snsc.com May 15 2020 22:52:30
             U.S. Bank Trust National Association as,   Trustee of the Chalet Series IV Trust,
             c/o SN Servicing Corporation,   323 Fifth Street,   Eureka, CA 95501-0305
518395169  +E-mail/Text: bknotices@snsc.com May 15 2020 22:52:30
             U.S. Bank Trust National Association as,   Trustee of the Chalet Series IV Trust,
             c/o SN Servicing Corporation,   323 Fifth Street,   Eureka, CA 95501,
             U.S. Bank Trust National Association as 95501-0305
517858143  +E-mail/Text: electronicbkydocs@nelnet.net May 15 2020 22:52:01
             U.S. Department of Education c/o Nelnet,   121 South 13th Street, Suite 201,
             Lincoln, NE 68508-1911
517935440  +EDI: AIS.COM May 16 2020 02:13:00     Verizon,   by American InfoSource as agent,
             4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517943465     Rushmore Loan Management Services, as servicer for
517830735*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Services,   Special Processing Branch,   PO Box 724,
               Springfield, NJ 07081)
517830736*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Services,   Special Processing Branch,   PO Box 724,
               Springfield, NJ 07081)
517830737*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Services,   Special Processing Branch,   PO Box 724,
               Springfield, NJ 07081)
517830738*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Services,   Special Processing Branch,   PO Box 724,
               Springfield, NJ 07081)
```

```
District/off: 0312-2                  User: admin                    Page 2 of 2                  Date Rcvd: May 15, 2020
                                      Form ID: 148                   Total Noticed: 24


             ***** BYPASSED RECIPIENTS (continued) *****
517830739*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Services,    Special Processing Branch,    PO Box 724,
                   Springfield, NJ 07081)
517830740*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Services,    Special Processing Branch,    PO Box 724,
                   Springfield, NJ 07081)
517830741*       ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                   PHILADELPHIA PA 19101-7346
                  (address filed with court:   Internal Revenue Services,    Special Processing Branch,    PO Box 724,
                   Springfield, NJ 07081)
517830747*        +TOYOTA MOTOR CREDIT CO,    PO BOX 9786,   CEDAR RAPIDS, IA 52409-0004
                                                                                               TOTALS: 1, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation, as servicer for U.S. Bank
               Trust National Association as Trustee of the Chalet Series IV Trust
               bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Russell L. Low    on behalf of Joint Debtor Lolita N. Reyes ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Efren O. Reyes ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```